July 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

DANIEL P. BARTON, THE BARTON LAW FIRM AND THE JOHNSON-BARTON JOINT VENTURE, Appellants

NO. 14-12-00622-CV                        V.

FLEMING & ASSOCIATES, L.L.P., N/K/A FLEMING, NOLEN & JEZ, L.L.P., AND GEORGE M. FLEMING, Appellees

_____

Today the Court heard appellants' motion to consolidate this cross-appeal from the judgment signed by the court below on March 23, 2012, into appeal No. 14-12-00582-CV. Having considered the motion and found it meritorious, we grant the motion and consolidate No. 14-12-00582-CV and No. 14-12-00622-CV for all purposes. The issues, records, and documents filed in cause number 14-12-00622-CV are consolidated into cause number 14-12-00582–CV. The consolidated appeals shall proceed under appeal number 14-12-00582-CV, and appeal number 14-12-00622-CV is hereby **DISMISSED**.

We further order that appellants shall pay their costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.